1004

[No. 28330-5-III.   Division Three.   February 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYLON DEAN HOBRECHT, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 09-1-00178-5, Evan E. Sperline, J., entered July 6, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 28392-5-III.   Division Three.   February 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH R. COVINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-02426-2, Gregory D. Sypolt, J., entered August 4, 2009. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28593-6-III.   Division Three.   February 10, 2011.]

*In the Matter of the Parentage of* K.P.H.

AMY BEVERS, *Appellant*, v. RYAN LINEHAN, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-5-00193-8, John D. Knodell III, J., entered October 9, 2009. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 28865-0-III.   Division Three.   February 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER PAUL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02442-6, Ellen K. Clark, J., entered February 18, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.